■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN WILLIS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered January 9, 1987, convicting him of robbery in the first degree, robbery in the second degree, criminal possession of a weapon in the third degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the credible evidence *(see,* CPL 470.15 [5]).

We find no support in the record for the defendant's *pro se* contention that he was denied the effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137).

Finally, the sentence imposed neither violated the constitutional prohibition against cruel and unusual punishment *(see, People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950), nor was excessive *(see, People v Suitte,* 90 AD2d 80). Brown, J. P., Lawrence, Eiber and Spatt, JJ., concur.